## CITY OF EUGENE,
*Plaintiff-Respondent,*

*v.*

## SHANNON J. SMYTH,
aka Shannon Jensen Smyth,
*Defendant-Appellant.*

Lane County Circuit Court
250828825; A141645

245 P3d 146

John Halpern, Jr., argued the cause and filed the brief for appellant.

Jona J. Maukonen argued the cause for respondent. With her on the brief were C. Robert Steringer and Harrang Long Gary Rudnick P.C.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Appeal dismissed. *City of Eugene v. Smyth (A141624)*, 239 Or App 175, 243 P3d 854 (2010).